UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALFRED K. CLOKE III | ) | CASE NO.1:13-CV-026 |
| | ) | |
| Plaintiff, | ) | JUDGE WEBER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | LITKOVITZ |
| BOB ELLIOTT, ET AL | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiff Alfred K. Cloke III pursuant to Federal Rules of Civil Procedure 41(a)(i) hereby voluntarily dismisses, with prejudice, all claims in this action as to all defendants, David Tharp, Indiana Kentucky Ohio Regional Council of Carpenters, Don Crane, Todd Ruswinkle, Bob Elliott, Keith Kistler, Todd Weinbrecht, Jerry Rector, Jerry Thornsberry, Jack Lamb, Elliott Scheiderer, Jason Clark, Local 1090, Douglas McCarron and United Brotherhood of Carpenters and Joiners of America.

Federal Rule of Civil Procedure 41(a)(i) provides in relevant part;
   (a) Voluntary Dismissal.
      (1) By the Plaintiff.
         (A) Without a court order. Subject to rules 23(e), 23.1 (c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filling:
            (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;

*Approved / Granted*
*Herman J. Weber*
*Senior United States District Judge*
Date: 4/22/13

1